IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL CASE NO. |
| v. | ) | 1:16cr343-MHT |
| | ) | (WO) |
| JEROME WESLEY HUGHES | ) | |

**ORDER**

Upon consideration of the government's motion to strike the forfeiture allegation from the superseding indictment, it is ORDERED that the motion (doc. no. 10) is granted.

DONE, this the 31st day of August, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE