IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:16cr343-MHT |
| | ) | (WO) |
| JEROME WESLEY HUGHES | ) | |

ORDER

Upon consideration of the government's motion to strike the forfeiture allegation (doc. no. 34) from the superseding indictment, to which defense counsel has orally informed the court that he does not object, it is ORDERED that the motion is granted.

DONE, this the 4th day of November, 2016.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE