IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:16cr343-MHT |
| | ) | (WO) |
| JEROME WESLEY HUGHES | ) | |

## OPINION AND ORDER

Defendant Jerome Wesley Hughes moved to suppress evidence found during a search of his home pursuant to a search warrant.  This case is before the court on the recommendation of the United States Magistrate Judge that defendant Wesley's motion to suppress and amended motion to suppress be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 37) is adopted.

(2) The motions to suppress (doc. nos. 22 & 26) are denied.

DONE, this the 16th day of November, 2016.

                                                                             /s/ Myron H. Thompson
                                                        **UNITED STATES DISTRICT JUDGE**