# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JEROME WESLEY HUGHES | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br>(wo)<br>Case No. 1:16cr343-WKW-01<br>USM No. 16924-002<br>Stephen Ganter<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s) 1, 2, 3 and 4 of the Amended Petition after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another federal, state or local crime | 11/11/2019 |
| 2 | Defendant failed to refrain from the unlawful use of a controlled substance | 11/12/2019 |
| | (See Next Page) | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1442

Defendant's Year of Birth: 1965

City and State of Defendant's Residence: Dothan, AL

12/16/2019
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins
Name and Title of Judge

12/18/2019
Date

DEFENDANT: JEROME WESLEY HUGHES
CASE NUMBER: 1:16cr343-WKW-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Defendant knowingly left the federal judicial district where he is authorized to reside without permission from the Court or the Probation Officer | 11/13/2019 |
| 4 | Defendant failed to notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer | 11/13/2019 |

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: JEROME WESLEY HUGHES
CASE NUMBER: 1:16cr343-WKW-01

Judgment—Page 2 of 3

DEFENDANT: JEROME WESLEY HUGHES
CASE NUMBER: 1:16cr343-WKW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Five (5) Months. It is ORDERED that the term of supervised release imposed on 5/2/17 is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL